# Court of Appeals
## Tenth Appellate District of Texas

### 10-26-00179-CR

### In re Roderick Davenport

### Original Proceeding

CHIEF JUSTICE JOHNSON delivered the opinion of the Court.

### MEMORANDUM OPINION

Relator's Petition for Writ of Mandamus, filed on May 8, 2026, is denied.

_____

MATT JOHNSON
Chief Justice

OPINION DELIVERED and FILED:  May 14, 2026

Before Chief Justice Johnson,
     Justice Smith, and
     Justice Harris
Petition Denied
OT06

